UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

CURTIS C. RAYNER

Debtor(s)

Case No. 18-51763-MLO
Chapter 13
Hon. OXHOLM

_____/

## OBJECTIONS TO CONFIRMATION

NOW COMES Creditor, CP FEDERAL CREDIT UNION, by an through its attorneys, BUTLER ROWSE-OBERLE PLLC, and objects to the confirmation of the Debtor's proposed Chapter 13 Plan as follows:

1. Creditor is the holder of a perfected security interest in a 2007 HARLEY DAVIDSON MOTORCYCLE VIN# 1HD1FC4107Y615164.

2. The balance owing Creditor as of the date of the bankruptcy petition was $3,594.43.

3. Creditor objects to the Debtor's proposed Plan as Creditor is not adequately protected.

4. Creditor requests documentation of full coverage insurance covering Creditor's collateral.

WHEREFORE, Creditor prays that this Honorable Court will deny confirmation as proposed.

BUTLER ROWSE-OBERLE PLLC

/s/ KAREN L. ROWSE-OBERLE (P41893)
Attorneys for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
Krowse-oberle@brolawpllc.com

October 4, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    CURTIS C. RAYNER                         Case No. 18-51763-MLO
                                                       Chapter 13
    Debtor(s)                                     Hon. OXHOLM

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, I electronically filed the Objection to Confirmation of Plan with Clerk of the Court using the ECF system which will send notification of such filing to the following:

**-Thomas Paluchniak, Attorney for Debtor(s)**
**-Tammy L. Terry, Chapter 13 Trustee**

                                          BUTLER ROWSE-OBERLE PLLC

                                          /s/ Bridgette Dockery
                                          Legal Assistant
                                          24525 Harper Avenue
                                          St. Clair Shores, MI 48080
                                          (586) 777-0770
                                          bridgette@brolawpllc.com