UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION-DETROIT

IN RE: Curtis Rayner

    CHAPTER 13

    CASE NO. 18-51763

    JUDGE Maria Oxholm

Debtor(s).

_____/

## AFFIDAVIT

STATE OF MICHIGAN )
                           )SS
COUNTY OF WASHTENAW )

I, Curtis C. Rayner being first duly sworn and deposed, state:

1. I reside at 750 Ellery Avenue, Jackson, MI 49202.

2. I filed a Chapter 13 Bankruptcy on August 24, 2018.

3 I am disabled and my only sources of income are from social security and pension.

Date  March 19, 2019          Signature  /s/ Curtis C. Rayner
                                                                       Curtis C. Rayner

Subscribed and sworn to before me this 19th day of March, 2019.

Signature  /s/ Kimberly D. Justice

    Public, State of Michigan
    My Commission Expires 04/24/2022
    Acting in Washtenaw