UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    CURTIS C. RAYNER                                       Case No.
                                                              18-51763-MLO
                                                              Chapter 13
    Debtor(s)                                              Hon. OXHOLM

_____/

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO CP FEDERAL CREDIT UNION**

    A Stipulation to Modify the Automatic Stay as to Creditor, CP FEDERAL CREDIT UNION, having been filed with the Court and the Court being fully advised in the premises, enters this Order.

    IT IS HEREBY ORDERED that the Debtor shall provide proof of valid full coverage insurance covering the 2007 HARLEY DAVIDSON MOTORCYCLE VIN# 1HD1FC4107Y615164, with CP FEDERAL CREDIT UNION as loss payee, to Creditor on or before April 10, 2019.

    IT IS FURTHER ORDERED that if valid proof of insurance is not received by Creditor, CP FEDERAL CREDIT UNION, on or before April 10, 2019, Creditor shall be granted relief from the automatic stay as to the 2007 HARLEY DAVIDSON MOTORCYCLE VIN# 1HD1FC4107Y615164 by the submission of an Order and without further proceedings before the Court.

**Signed on April 10, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge